# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **KARITZA ALVARENGA,** *Plaintiff* § § § | |
| **v.** § § | **Case No. 1:19-CV-568-SH** |
| **DANIEL NEAGU and WIZZARD WAY, INC.,** *Defendants* § § § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice, filed on April 22, 2020 (Dkt. No. 18). After considering the Stipulation, the Court hereby finds that it should be **GRANTED** and dismisses the case with prejudice.

**SIGNED** on April 22, 2020.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE